**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No.  04-cv-1310-REB-CBS

SUSAN ADAMS, and KIMBERLY A. GREIDUS OTT, individually and as Co-
Administrator of THE ESTATE OF STEVEN R. GEBHART and
MICHAEL GREIDUS, individually and as Co-Administrator of THE ESTATE OF
STEVEN R. GEBHART, individually in his own right,

     Plaintiffs,

v.

JOHN HEIST,
LAURA ANN HEIST,
ALLIED INSURANCE,
ALLIED INSURANCE COMPANY,
ALLIED PROPERTY & CASUALTY INSURANCE COMPANY,
AMCO INSURANCE COMPANY,
NATIONWIDE INSURANCE,
NATIONWIDE INSURANCE COMPANY OF AMERICA,
NATIONWIDE FINANCIAL SERVICES, INC.,
NATIONWIDE MUTUAL INSURANCE COMPANY, and
NATIONWIDE INSURANCE COMPANY,

     Defendants.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

The parties have filed a **Stipulation for Dismissal With Prejudice** [#24] on

August 10, 2005.  After careful review of the stipulation and the file, the court has

concluded that the stipulation should be approved and this action be dismissed with

prejudice.

**THEREFORE IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal With Prejudice** [#24], filed on August 10,

2005, is **APPROVED**;

2.  That this action is **DISMISSED WITH PREJUDICE**, each party to pay their

own attorney fees and costs; and

3.  That the trial preparation conference set for January 20, 2006, and the jury

trial set to commence January 23, 2006, are **VACATED**.

Dated this 10th day of August, 2005, at Denver, Colorado.

BY THE COURT:


s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge